```
             UNITED STATES DISTRICT COURT
              DISTRICT OF NEW HAMPSHIRE
```

Joseph Walbridge

    v.

                                      Case No. 17-cv-434-JD

Northeast Credit Union

### JUDGMENT

In accordance with the Order dated March 7, 2018, by District Judge Joseph A. DiClerico, Jr., and the Stipulation of Dismissal filed by the parties on December 11, 2018, judgment is hereby entered.

                                            By the Court:

                                          /s/ Daniel J. Lynch
                                          Daniel J. Lynch
                                          Clerk of Court

Date: December 12, 2018

cc: Counsel of Record